Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of aquafern similar in all material respects to that the subject of *Westchester Aquarium Supply Co.* v. *United States* (36 Cust. Ct. 146, C. D. 1767), the claim of the plaintiffs was sustained.

**No. 60362.**—The Westchester Aquarium Supply Co., Inc. v. United States, protest 214567–K  (Philadelphia).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of aquafern similar in all material respects to that the subject of *Westchester Aquarium Supply Co.* v. *United States* (36 Cust. Ct. 146, C. D. 1767), the claim of the plaintiff was sustained.

**No. 60363.**—The Otto Gerdau Co. v. United States, protests 265260–K and 265282–K (San Francisco).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of bamboo fishing poles similar in all material respects to those the subject of Abstract 59620, the claim of the plaintiff was sustained.

**No. 60364.**—Armand Schwab & Co., Inc., et al. v. United States, protests 261150–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 60365.**—Express Trading Corp. and the J. P. Fleisig Co. et al. v. United States, protests 292099–K, etc. (New York).